UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EPIRUS CAPITAL MANAGEMENT, LLC, DODONA I, LLC, and ALAN BRODY,<br><br>                              Plaintiffs,<br><br>v.<br><br>CITIGROUP INC., CITIGROUP GLOBAL MARKETS INC., OCTONION I CDO CORP., HARDING ADVISORY LLC, WING CHAU, THOMAS MAHERAS, RANDOLPH BARKER, MICHAEL RAYNES, DONALD QUINTIN, NESTOR DOMINGUEZ, JOHN FRONTERO, and DAVID BUSHNELL,<br><br>                              Defendants. | Index No: 09 Civ. 2594 (SHS)<br><br>**ORAL ARGUMENT REQUESTED** |

## NOTICE OF MOTION

PLEASE TAKE NOTICE THAT, upon the pleadings, the accompanying memorandum of law, the declaration of Karen R. King dated June 10, 2009 and accompanying exhibits, and all other papers and proceedings in this matter, Defendants Citigroup Inc., Citigroup Global Markets Inc., Thomas Maheras, Randolph Barker, Michael Raynes, Donald Quintin, Nestor Dominguez, John Frontero, and David Bushnell (collectively, the "Citigroup Defendants') will move this Court, before the Honorable Sidney H. Stein, at a date and time to be determined by the Court, for an order pursuant to Federal Rules of Civil Procedure 8, 9(b) and

12(b)(6) granting the Citigroup Defendants' motion to dismiss and dismissing, with prejudice, all claims against the Citigroup Defendants in the Verified Complaint.

Dated: New York, New York
June 10, 2009

Respectfully submitted,

/s/ Richard A. Rosen

Brad S. Karp (bkarp@paulweiss.com)
Richard A. Rosen (rrosen@paulweiss.com)
Susanna M. Buergel (sbuergel@paulweiss.com)
Karen R. King (kking@paulweiss.com)

PAUL, WEISS, RIFKIND, WHARTON &
 GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Tel.  (212) 373-3000

*Attorneys for Defendants Citigroup Inc., Citigroup Global Markets Inc., Thomas Maheras, Randolph Barker, Michael Raynes, Donald Quintin, Nestor Dominguez, John Frontero, and David Bushnell*