Stein, J

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/9/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EPIRUS CAPITAL MANAGEMENT,
LLC, DODONA I, LLC, and ALAN
BRODY,
                    Plaintiffs,

v.

CITIGROUP INC., CITIGROUP
GLOBAL MARKETS INC.,
OCTONION I CDO CORP., HARDING
ADVISORY LLC, WING CHAU,
THOMAS MAHERAS, RANDOLPH
BARKER, MICHAEL RAYNES,
DONALD QUINTIN, NESTOR
DOMINGUEZ, JOHN FRONTERO, and
DAVID BUSHNELL,

                    Defendants.

Index No:
09 Civ. 2594 (SNS)

**JOINT STIPULATION AND
~~PROPOSED~~ ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned

counsel for the parties that:

1.    Plaintiffs' time to serve opposition papers to Defendants' motions to dismiss

is extended until July 24, 2009; and

2.    Defendants shall have until August 14, 2009 to serve reply papers.

1

Dated: July 9, 2009
      New York, New York

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP

By: _____
     Brad S. Karp
     Richard S. Rosen
     Susanna M. Buergel
     Karen R. King
     1285 Avenue of the Americas
     New York, New York  10019-6064
     Tel.   (212) 373-3000
     Fax   (212) 757-3980
     bkarp@paulweiss.com
     rrosen@paulweiss.com
     sbuergel@paulweiss.com
     kking@paulweiss.com

*Attorneys for Defendants Citigroup Inc.,
Citigroup Global Markets Inc., Thomas
Maheras, Randolph Barker, Michael Raynes,
Donald Quintin, Nestor Dominguez, John
Frontero and David Bushnell*

BRUNE & RICHARD LLP

By: _____
     Hillary Richard
     David Elbaum
     80 Broad Street
     New York, New York 10004
     Tel.: (212) 668-1900
     Fax: (212) 668-0315
     delbaum@bruneandrichard.com
     hrichard@bruneandrichard.com

*Attorneys for Defendants Harding Advisory
LLC and Wing Chau*

2

REGER RIZZO & DARNALL LLP

By: _____
Beverly M. Barr
445 Hamilton Avenue, Suite 1102
White Plains, New York 10601

Tel.: (914) 220-8364
Fax: (914) 220-8365
bbarr@regerlaw.com

*Attorneys for Defendant Octonion I CDO
Corp.*

LIEBERMAN BRODY LLP

By: _____
Lara J. Brody
1370 Avenue of the Americas, 20th Floor
New York, New York 10019
Tel.: (212) 956-7222
Fax: (212) 956-7225
lara@liebermanbrody.com

*Attorneys for Plaintiffs Epirus Capital
Management, LLC, Dodona I, LLC and Alan
Brody*

7/9/09

SO ORDERED: _____
U.S.D.J.

3