UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
EPIRUS CAPITAL MANAGEMENT, LLC, DODONA I, LLC, and ALAN BRODY,

Index No.:
09 CV 2594 (SHS)

Plaintiffs,

-against-

CITIGROUP INC., CITIGROUP GLOBAL MARKETS INC., OCTONION I CDO CORP., HARDING ADVISORY LLC, WING CHAU, THOMAS MAHERAS, RANDOLPH BARKER, MICHAEL RAYNES, DONALD QUINTIN, NESTOR DOMINGUEZ, JOHN FRONTERO, and DAVID BUSHNELL,

Defendants.
---------------------------------------------------------------------X

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P.41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiffs EPIRUS CAPITAL MANAGEMENT, LLC, DODONA I, LLC, and ALAN BRODY, by and through their counsel, hereby give notice that the above captioned action is voluntarily dismissed, without prejudice against the defendant(s) OCTONION I CDO CORP.

DATED: July 24, 2009
New York, New York

LIEBERMAN BRODY LLP
Attorneys for Plaintiffs
1370 Avenue of the Americas
20th Floor
New York, New York 10019
Email: lara@liebermanbrody.com
Tel.: 212.956.7222
Fax: 212.956.7225

/s/_____
By: LARA J. BRODY (LB7858)