```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/29/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

EPIRUS CAPITAL MANAGEMENT, LLC,    :    09 Civ. 2594 (SHS)
*ET AL.*,
                                   :
         Plaintiffs,
                                   :
    -against-                           ORDER
                                   :
CITIGROUP, *ET AL.*,
                                   :
         Defendants.
------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

      A pretrial conference having been held today, with counsel for all parties present,

      IT IS HEREBY ORDERED that for the reasons set forth on the record, defendants' motions to dismiss the complaint [document nos. 13, 16] are granted.

Dated: New York, New York
       March 29, 2010

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.