USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED:    3/30/10

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
EPIRUS CAPITAL MANAGEMENT, LLC, ET AL.,

                                    Plaintiffs,

                    -against-

CITIGROUP, ET AL.,

                                    Defendants.
-------------------------------------------------------------X

**09 CIVIL** 2594 (SHS)

**JUDGMENT**

 

Whereas the above-captioned having come before this Court, and the matter having come

before the Honorable Sidney H. Stein, United States District Judge, and the Court, on March 29,

2010, having rendered its Order granting defendants' motions to dismiss the complaint, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the

Court's Order dated March 29, 2010, defendants' motions to dismiss the complaint are granted.

**Dated:**  New York, New York
           March 30, 2010

                                        **J. MICHAEL McMAHON**

                                        _____
                                        **Clerk of Court**

                    **BY:**
                                        _____
                                        **Deputy Clerk**

                                        THIS DOCUMENT WAS ENTERED
                                        ON THE DOCKET ON _____