**United States District Court**
**Southern District of New York**
Office of the Clerk
U.S. Courthouse
500 Pearl Street, New York, N.Y. 10007-1213



-------------------------------------------------------X
Epirus Capital Management, LLC

Dodona I, LLC and                           NOTICE OF APPEAL

Alan Brody
                -V-

Citigroup Inc., Citigroup Global
                                            civ. 09CV2594 (SHS)
Markets Inc., et al.

-------------------------------------------------------X

　　　　Notice is hereby given that  Epirus Capital Management, LLC, Dodona I, LLC & Alan Brody
　　　　　　　　　　　　　　　　　　　　　　　　　　　　(party)
hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment [describe it]
granting defendants' motions to dismiss the complaint with prejudice.

entered in this action on the  30th     day of   March          ,  2010        .
　　　　　　　　　　　　　　　　(day)　　　　　　(month)　　　　　　(year)


　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(Signature)

　　　　　　　　　　　　　　　　　　　　　　　　　　1370 Ave of the Americas, 20th Fl
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(Address)

　　　　　　　　　　　　　　　　　　　　　　　　　　New York, NY 10019
　　　　　　　　　　　　　　　　　　　　　　　　　　　　(City, State and Zip Code)

Date: 4/26/10                              ( 212 ) 956      -   7222
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(Telephone Number)


**Note:** You may use this form to take an appeal provided that it is <u>received</u> by the office of the Clerk of the District Court within 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).