USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/29/10

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
EPIRUS CAPITAL MANAGEMENT, LLC,
DODONA I, LLC, and ALAN BRODY,

                      Plaintiffs,                            09 CIVIL 2594 (SHS)

        -against-                                        **JUDGMENT**

CITIGROUP INC., et al.,
                      Defendants.
-------------------------------------------------------X

Defendants having moved to dismiss pursuant to Fed. R. Civ. P. 12(b)(6), and the matter having come before the Honorable Sidney H. Stein, United States District Judge, and the Court, on April 28, 2010, having rendered its Opinion granting defendants' motions to dismiss the complaint pursuant to Rule 12(b)(6) with prejudice with respect to the securities fraud claims and without prejudice with respect to the state law claims, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion dated April 28, 2010, defendants' motions to dismiss the complaint pursuant to Rule 12(b)(6) are granted with prejudice with respect to the securities fraud claims and without prejudice with respect to the state law claims; the Court does not address defendants' argument that the claim is time barred because it grants the motions on other, independent grounds.

**Dated:** New York, New York
            April 29, 2010

                                                        **J. MICHAEL McMAHON**
                                                           **Clerk of Court**
                                        BY:
                                                           **Deputy Clerk**

                                                THIS DOCUMENT WAS ENTERED
                                                ON THE DOCKET ON